[Nos. 3138, 3139.    Decided April 26, 1899.]

J. W. WHEELER, *Respondent*, v. NORTH AMERICAN TRANSPORTATION AND TRADING COMPANY, *Appellant*.

DONALD MORRISON, *Respondent*, v. NORTH AMERICAN TRANSPORTATION AND TRADING COMPANY, *Appellant*.

Appeal from Superior Court, King County. — Hon. ORANGE JACOBS, Judge.    Affirmed.

*Bausman, Kelleher & Emory*, for appellant.

*E. E. Simpson* and *Upton, Arthur & Wheeler*, for respondents.

PER CURIAM.—The specifications of error in these cases relate only to the charge to the jury and a refusal to strike portions of the complaint.    The cases are in all essential respects similar to that of *Smith v. North American Transportation & Trading Co.*, 20 Wash. 580 (56 Pac. 372), which was decided by this court February 23, 1899.    In addition, however, to the questions raised and decided in that case, there are two assignments in the present case which may be referred to.    The first relates to certain language used by the court in its charge in regard to the defense of "the act of God," which was relied upon by the appellant.    We have examined the instruction and also the entire charge.    Considered as a whole, we regard it as being a very fair and able exposition of the law of the case.    The particular words complained of in the assignment under consideration were explanatory merely, and, whether considered by themselves or in connection with the remainder of the instruction, we think they are not

open to the criticism which is made, and no error was committed by the court in using the language complained of.

The remaining assignment relates to a ruling denying defendant's motion to strike two paragraphs in the complaint relating to damages claimed for loss of time at Seattle (the point of departure), and thereafter receiving evidence at the trial under these paragraphs. It appears from the record that, upon appellant's motion, paragraph 13 of the complaint, which alleged damage for loss of time at Dawson (the point of destination), was stricken. We think the court did not err in either of these rulings.

No reversible error appearing, the judgments in these cases must be affirmed.